■ EDWIN KELLNER et al., Respondents, v J & J TRANSIT MIX CORP., Defendant, and MID ISLAND READY MIX CORP. et al., Appellants.—Appeal from order, Supreme Court, New York County, entered on October 4, 1978, withdrawn without costs. Concur—Sandler, J. P., Sullivan, Lane, Lupiano and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MADAN GAUTAM, Appellant.—Judgment, Supreme Court, New York County, rendered on May 4, 1978, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Birns, J. P., Fein, Sandler and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT McFADDEN, Appellant.—Judgment, Supreme Court, New York County, rendered on July 19, 1976, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Birns, J. P., Fein, Sandler and Silverman, JJ.

■ In the Matter of HOLDING CORP. et al., Petitioners, v HILDA G. SCHWARTZ, as a Justice of the New York Supreme Court, Respondent.— Application for an order in the nature of a writ of mandamus denied and the petition dismissed, without costs and without disbursements. A stay of execution and enforcement of the order of the Supreme Court, New York County, entered on or about March 15, 1979, is granted for five days from the date of this court's order to allow intervenor, 830 Realty Co., an opportunity to apply to vacate the writ of assistance. No opinion. Concur— Birns, J. P., Sandler and Lupiano, JJ.; Markewich, J., dissents in part and would deny stay.